IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.	4:09CR00106-01 WRW

KATHERINE ANNE WEST

FINAL ORDER OF FORFEITURE

WHEREAS, on June 2, 2010, the Defendant entered into a Plea Agreement with the United States in which the Defendant agreed that she had obtained $698,836.06 in proceeds from the offense(s) alleged in Counts 6 and 138 of the Indictment, for which the Defendant has been convicted, and

WHEREAS, the United States has filed a Motion for Entry of Final Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $698,836.06, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $698,836.06 pursuant to Title 18, United States Code, § 981(a)(1)(C) and Title 28, United States Code, § 2461.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $698,836.06 to satisfy the money judgment in whole or in part; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Eastern District of Arkansas, Attention: Assistant U.S. Attorney Karen Whatley.

SO ORDERED:

Dated: June 15, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE