IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>counsel: Jana Harris<br>counsel: Stephanie Mazzanti<br><br>vs<br><br>KATHERINE ANNE WEST<br>counsel: Jeff Rosenzweig<br>counsel: | Judge : Bill Wilson<br>Reporter: K. Baker<br>Clerk: M. Johnson<br>Interpreter:<br>USPO: Eric Myrene<br><br><br><br>Date: December 21, 2010<br>CASE NO: 4:09CR00106-01-WRW |

**COURT PROCEEDING: Sentencing**

Begin: 2:55 p.m.                                                                                                                    End: 5:20 p.m.

Court calls case; Motion to Withdraw Guilty Plea argued; Motion DENIED; Objs to PSR argued; Deft obj to Para 14 overruled; Gov't presents witnesses re withdrawal of 2 points for acceptance; Gov't obj to 2-point reduction for acceptance of responsibility GRANTED; Statements to Court made by all parties; Sentence imposed: 64 MONTHS BOP on each count to run concurrent to each other; 5 YEARS SUPERVISED RELEASED; $698,836.06 RESTITUTION/FORFEITURE; $200 SPECIAL ASSESSMENT; Deft to report to BOP by 2:00 p.m. 1/24/2011; Appeal rights; Court takes up issue of detention; Gov't calls witnesses; Deft to remain on OR bond with conditions modified to a EM and no contact w/West family (w/exception of Colten West) and no contact with Lift Truck employees. (Gov't and Deft Exhibits admitted and returned to Counsel)

CourthearingMinutes.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**GOVERNMENT'S EXHIBIT LIST**

USA v. KATHERINE ANNE WEST                     No. 4:09CR00106 WRW

| Jana K. Harris | | Jeff Rosenzweig |
| Assistant U.S. Attorney | | Defendant's Attorney |

| William R. Wilson, Jr. | *h. Baker* | Mary Johnson |
| Presiding Judge | Court Reporter | Courtroom Deputy |

| NUMBER | DESCRIPTION | WITNESS | ID | IN |
|---|---|---|---|---|
| ~~1~~ | Change of Plea transcript | certified | | 12/21 |
| 2 | Metro Maintainers checks | Sue Curtis | | |
| ~~3~~ | K. West financial statement | Eric Myrene | | 12/21 |
| ~~4~~ | Gwatney Pontiac records re: 2007 Santa Fe purchase | certified | | 12/21 |
| ~~5~~ | Real Estate Contract for 147 Jewel Rd., Little Rock, 07/30/10 and additional documents | Debbie Hagan | | 12/21 |
| ~~6~~ | Documentation for repair expenses submitted by West to Betty Krentz & Associates | Debbie Hagan | | 12/21 |
| 7 | Grant County Sheriff's Departmetn Police Report, 09/30/10 | Bruce Taylor | | |
| ~~8~~ | *Plea Agreement* | | | 12/21 |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

# United States District Court

**Eastern** DISTRICT OF **Arkansas**
**Western** DIVISION

USA
v.
Katherine Ann West

**EXHIBIT LIST**

CASE NUMBER: 4:09CR00106-01-WRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Bill Wilson | Jana Harris | Jeff Rosenzweig |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/21 | J. Baker | V. Moham (?) |

| PLF NO. | DEF NO. | DATE OFFERED | obj. | stip. | red. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
|  | 1 |  |  |  | 12/21 | Letter re Allison Hughey |