**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                    **4:09CR00106-01-WRW**

**KATHERINE ANNE WEST**

## ORDER

After sentencing on December 21, 2010, I ordered modifications to Katherine Anne West's conditions of release. Ms. West is not to have any contact with the West family, except for her stepson, Colten West. Neither shall she have contact with Lift Truck Services Center Inc., or its employees. Home detention with electronic monitoring will be imposed as soon as possible.  Ms. West is directed to have a land line connected by Wednesday, December 30, 2010; or, report to the U.S. Marshal's Service by 4:00 p.m. on Wednesday, December 30, 2010, to begin her term of incarceration.

IT IS SO ORDERED this 22nd day of December, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1